UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAMONA ESTRELLA, | : | HONORABLE JOSEPH H. RODRIGUEZ |
| Plaintiff, | : | Civil Action No. 15-4286 |
| v. | : | **ORDER** |
| ERIC KFIR YAHAV, M.D., et al., | : | |
| Defendants. | : | |

This matter having come before the Court on motion by the United States of America to dismiss this action for lack of subject matter jurisdiction; and

The Court having considered the record in the case and the submissions of the parties; and

For good cause shown,

IT IS ORDERED this 28th day of March 2016 that the motion of the United States of America to dismiss this action for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) [Doc. 3] is hereby <u>GRANTED</u>.

IT IS FURTHER ORDERED that the motions to remand [Doc. 4] and to vacate default [Doc. 10] are DISMISSED AS MOOT.

  /s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.