UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMONA ESTRELLA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ERIC KFIR YAHAV, M.D. et al.,<br><br>                    Defendants. | HONORABLE JOSEPH H. RODRIGUEZ<br><br>Civil Action No. 15-cv-4286 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**OF ALL REMAINING PARTIES IF ANY**

Plaintiff Ramona Estrella hereby voluntarily dismisses without prejudice the within

action as to all remaining parties if any pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i).  All previous parties have been contacted  and consent to this voluntary dismissal

without prejudice.

Dated: April 27, 2016                                   Respectfully submitted,

                                                         /s/ Michael T. Rooney
                                                         Michael T. Rooney
                                                         ROONEY & ROONEY
                                                         1515 Market Street, Suite 1200
                                                         Philadelphia, PA 19102
                                                         E-mail: mrooney47@comcast.net
                                                         Tel:  (215) 854-4085

                                                         *Attorney for Plaintiff*
                                                         *Ramona Estrella*